# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 07-25364-JAD |
| Robert J. Napierkowski, Jr., | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Robert J. Napierkowski, Jr., | : | Related to Document No. 126 |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | |
| Irwin Home Equity, | : | |
| Respondent | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## **ORDER**

**AND NOW**, this _____ day of _____, <u>2013</u>, upon consideration of the Affidavit of Default vs. Irwin Home Equity, it is hereby ORDERED and DECREED that Irwin Home Equity shall:

A. Be held in contempt of the Order of Court dated January 8, 2013.

B. Respondent shall immediately comply with the Order of Court dated January 8, 2013.

C. For such additional or alternative relief as may be just and proper.

        BY THE COURT:

        _____
        Jeffery A. Deller,
        United States Bankruptcy Judge