**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   Charles W. Dietrich
   Jayne A. Dietrich
        Debtor(s)

   Ronda J. Winnecour

        Movant
      vs.
   Charles W. Dietrich
   Jayne A. Dietrich
   Jason Mazzei Esq

       Respondent(s)

Case No. 11-23556 JAD
Chapter 13

Related to Document #

Hearing Date

**TRUSTEE'S NOTICE OF FEES ON RESERVE**

   Ronda J. Winnecour, Chapter 13 Trustee, reports the following:

   This is notice that counsel fees relating to loss mitigation are reserved by the Trustee pending further order of Court.

8/1/2013

/s/   Ronda J. Winnecour
Pa. ID  #30399
Chapter 13 Trustee Wd Pa
600 Grant Street
Suite 3250 Us Steel Twr
Pittsburgh, Pa  15219
(412) 471-5566
Cmecf@Chapter13Trusteewdpa.Com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Charles W. Dietrich
   Jayne A. Dietrich
        Debtor(s)

  Ronda J. Winnecour

      Movant
    vs.
  Charles W. Dietrich
  Jayne A. Dietrich
  Jason Mazzei Esq

      Respondent(s)

Case No. 11-23556 JAD
Chapter 13

Related to Document #

Hearing Date

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date shown below, I served one true and correct copy of the foregoing document of the following parties in interest by United States first-class main, postage prepaid, addressed as follows:

  Charles W. Dietrich
  Jayne A. Dietrich
  106 Mcintyre Lane
  Freeport, Pa  16229

  Jason Mazzei, Esquire
  432 Blvd of the Allies
  Pittsburgh PA  15219

  Joseph S. Sisca, Esquire
  Assistant U.S. Trustee
  Suite 970, Liberty Center
  PIttsburgh, PA  15222

  P. Andrew Diamond, Esquire
  1040 5th Avenue
  3rd Floor Annex
  Pittsburgh PA  15219

08/01/2013                                         /s/ Dianne Defoor

Administrative Assistant
Office of the Chapter 13 Trustee
Chapter 13 Trustee Wd Pa
600 Grant Street
Suite 3250 Us Steel Twr
Pittsburgh, Pa  15219
(412) 471-5566
Cmecf@Chapter13Trusteewdpa.Com